IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
C/A No.: 3:15-cv-04670-MGL

| | |
|---|---|
| K.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF REQUEST FOR PROTECTION** |
| South Carolina Department of Social ) | **FROM COURT APPEARANCE** |
| Services (SCDSS), South Carolina Youth ) | |
| Advocate Program, Inc., Growing Home ) | |
| Southeast, Inc., Growing Home, Inc. of ) | |
| Minnesota, Veronica Harris-Barker, Blanch ) | |
| James, Yolanda D. Wilson, Thompson ) | |
| Child and Family Focus f/k/a Episcopal ) | |
| Church Home for Children (South ) | |
| Carolina), and Kathryn B. Peterson, ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that Eugene H. Matthews, Esquire, counsel for Defendant Thompson Child and Family Focus f/k/a Episcopal Church Home for Children (South Carolina), will be out of state due to receiving military orders to report for annual training with the U.S. Navy from February 29, 2016 through March 9, 2016, and from March 28, 2016 through April 1, 2016.  Counsel is unaware of any court appearances currently scheduled during those dates.

Mr. Matthews therefore requests protection from any court appearances from February 29, 2016 through March 9, 2016, and from March 28, 2016 through April 1, 2016 in the above captioned case.

Dated this the 23rd day of February, 2016.

Respectfully submitted,

RICHARDSON PLOWDEN & ROBINSON, P.A.

s/Eugene H. Matthews
Eugene H. Matthews, ID #7141
Steven J. Pugh, ID #7033
Carmen V. Ganjehsani, ID #9613
Sheila M. Bias, ID #11602
Post Office Drawer 7788
Columbia, South Carolina 29202
T: (803) 771-4400
F: (803) 779-0016
Email: gmatthews@RichardsonPlowden.com

**COUNSEL FOR DEFENDANT THOMPSON CHILD AND FAMILY FOCUS F/K/A EPISCOPAL CHURCH HOME FOR CHILDREN (SOUTH CAROLINA)**