## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: __02/23/16__  ✔ First NOA in Case  ___ Subsequent NOA-same party  ___ Subsequent NOA-new party  ___ Subsequent NOA-cross appeal  ___ Paper ROA   ___ Paper Supp.  Vols: _____  Other: _____ | **District:** South Carolina  **Division:** Columbia  **Caption:** K.C.  v.  South Carolina Department of Social Services et al | **District Case No.:** 3:15-cv-04670-MGL  **4CCA No(s). for any prior NOA:**  **4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation
**Defendant Address**-Criminal Case:

**Fee Status:**
___ No fee required (USA appeal)   ✔ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
___ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** Mary Geiger Lewis

**Court Reporter** (list all):

**Coordinator**: Peppa Caskey

**Sealed Status** (check all that apply):
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
✔ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
✔ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Charles Bruorton   Phone: 803-253-3475   Date: 02/23/16

01/2012